Juan Pablo LINARES–MENDOZA,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 12–70450.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 1, 2013.

Juan Pablo Linares–Mendoza, Coachella, CA, pro se.

Oil, Lyle Davis Jentzer, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Juan Pablo Linares–Mendoza, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reopen deportation proceedings held in absentia. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Avagyan v. Holder,* 646 F.3d

672, 674 (9th Cir.2011). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying Linares–Mendoza's motion to reopen where he did not show reasonable cause for his failure to attend his deportation hearing on September 17, 1991. *See* 8 U.S.C. § 1252(b)(1989) (repealed).

To the extent Linares–Mendoza contends the agency abused its discretion in refusing to reopen proceedings sua sponte, we lack jurisdiction to review this contention. *See Mejia–Hernandez v. Holder,* 633 F.3d 818 (9th Cir.2011).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

